# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

Trudy Oglesby

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Dollar Tree Stores, Incorporated in the State of Virginia, and Does One through Twenty-five

CV 08 0793 PJH

TO: (Name and address of defendant)

Dollar Tree Stores Inc.
500 Volvo Park Way
Chesapeake, VA 23320

Dollar Tree Stores Inc.
C/O Ct Corporation System
818 West Seventh St.
Los Angeles CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bailey, Pinney PC
498 SE Tech Center Place, Suite 290
Vancouver WA 98683

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

FEB 4 2008
DATE

HELEN L. ALMACEN

(BY) DEPUTY CLERK