1  JOSE R. MATA, SBN 83724, OSB 80305
   E-Mail: JMata@wagelawyer.com
2  **BAILEY PINNEY, PC**
   1498 SE Tech Center Place, Suite 290
3  Vancouver, WA 98683
   Telephone: (360)567-2551; Fax: (360)567-3331
4
   BONNIE MAC FARLANE, SBN 161526
5  E-Mail:  BMacfarlane@wagelawyer.com
   **BAILEY PINNEY, PC**
6  720 Howe Street, Suite 113
   Sacramento, CA 95825
7  Telephone: (916)923-5537; Fax: (916)923-5587

8  SUSAN SIMMONS SEEMILLER SBN 150546
   E-Mail: SSeemiller@wagelawyer.com
9  **BAILEY PINNEY, PC**
   840 County Square Drive
10 Ventura, CA 93003
   Telephone: (805) 339-9090; Fax:  (805) 339-0090
11
12 Attorneys for Plaintiff Oglesby

13                 IN THE UNITED STATES DISTRICT COURT

14             FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| Trudy Oglesby,<br><br>           Plaintiff,<br><br>vs.<br><br>Dollar Tree Stores, Incorporated in the State of Virginia, and Does One through Twenty-Five,<br><br>           Defendant. | Case No. CV 08-0793<br><br>**PROOF OF SERVICE BY:**<br>**CERTIFIED MAIL**<br><br>Date:  May 15, 2008<br>Time:  2:30 p.m.<br>Ctrm:  Ctrm. 3, 17th Flr.<br><br>Hon. Phillis J. Hamilton |

         I hereby certify that I am employed in the County of Clark, State of Washington. I am over the age of 18 and not a party to the within action. I DECLARE that I am employed in the office of a member of the bar of this court at whose direction service was made whose business address is 1498 SE Tech Center Place, Suite 290, Vancouver WA 98683. That on February 8, 2008, I served a copy of the foregoing documents, described as:

- Complaint

1. • Summons
2. • Civil Cover Sheet
3. • Preservation of Evidence Letter
4. • Order Setting Initial CMC & ADR Deadline / Hearing Information
5. • Standing Order Judge Hamilton
6. • Notice of Availability of Magistrate Judge
7. • ECF Registration Handbook
8. • Order Requiring Joint CMC

upon the following named individuals at the addresses as follows by placing a true and correct copy thereof addressed to:

by the following indicated method or methods:

[X] by **certified mailing** a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Vancouver, WA. on the date set-forth below.

I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, mail is deposited the U.S. Postal Service on that same day with postage prepaid at Vancouver, Washington in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing as stated in this affidavit.

I DECLARE under penalty of perjury that the foregoing is true and correct.

I DECLARE that I am employed in the office of a member of the bar of this court at whose direction service was made.

DATED: February 8, 2008

*Charity Shindle*
Charity Shindle

Proof of Service by Mail - Case No. CV 08-0793

2