MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ROSSANA S. ELTANAL (State Bar No. 221145)
Email: eltanal@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trudy Oglesby, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Dollar Tree Stores, Inc., Incorporated in the State of Virginia, and Does One through Twenty-Five,<br><br>Defendant. | CASE NO. CV-08-0793 PJH<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE
RESPONSE TO PLAINTIFF'S COMPLAINT

CASE NO. CV-08-0793 PJH

Pursuant to Local Rule 6-1(a), counsel for plaintiff Trudy Oglesby, who appears individually and on behalf of all others similarly situated, and counsel for defendant Dollar Tree Stores, Inc. hereby enter into a Stipulation extending the time within which Dollar Tree must file its response to Plaintiff's Complaint, up to and including March 27, 2008. Dollar Tree's agent for service of process was served Plaintiff's Complaint on February 15, 2008, and the deadline to file a response is March 6, 2008. The parties agree that the brief extension of three weeks will not alter the date of any event or any deadline fixed by Court order and serves purposes of judicial economy in allowing time for a meet and confer process which may narrow the issues to be raised on any motion to dismiss.

DATED:    February 2Y, 2008

KAUFF MCCLAIN & MCGUIRE LLP

By: _____
MAUREEN E. MCCLAIN

Attorneys for Defendant
DOLLAR TREE STORES, INC.

DATED:    February 22, 2008

BAILEY PINNEY, PC

By: _____
JOSE R. MATA

Attorneys for Plaintiff
TRUDY OGLESBY

4828-2555-6738.1

- 2 -
STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE
RESPONSE TO PLAINTIFF'S COMPLAINT
CASE NO. CV-08-0793 PJH

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
PHONE (415) 421-3111