| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | BETH HIRSCH BERMAN (VA Bar No. 28091)<br>Email: bberman@williamsmullen.com<br>WILLIAMS MULLEN<br>Dominion Tower, Suite 1700<br>999 Waterside Drive<br>Norfolk, VA 23510<br>Telephone:    (757) 629-0604<br>Facsimile:    (757) 629-0660<br><br>Attorneys for Defendant<br>DOLLAR TREE STORES, INC. |



FILED

FEB 2  2008

RICHARD W. ...
CLERK, U.S. DIST...
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trudy Oglesby, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Dollar Tree Stores, Inc., Incorporated in the State of Virginia, and Does One through Twenty-Five,<br><br>    Defendant. | CASE NO. CV-08-0793 PJH<br><br>**APPLICATION OF BETH HIRSCH BERMAN FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Beth Hirsch Berman, an active member in good standing of the bar of Virginia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant Dollar Tree Stores, Inc., in the above-entitled action.

In support of this application, I, Beth Hirsch Berman, certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution

1  programs of this Court; and,

2    3. An attorney who is a member of the bar of this Court in good
3  standing and who maintains an office within the State of California has been designated
4  as co-counsel in the above-entitled action.  The name, address, and telephone number
5  of that attorney is:

> MAUREEN E. MCCLAIN (State Bar No. 062050)
> Email: mcclain@kmm.com
> KAUFF MCCLAIN & MCGUIRE LLP
> One Post Street, Suite 2600
> San Francisco, California 94104
> Telephone: (415) 421-3111
> Facsimile: (415) 421-0938

10   I declare under penalty of perjury that the foregoing is true and correct.

12  DATED: February 21, 2008  By: _____
13               BETH HIRSCH BERMAN

14  C:\Documents and Settings\eltanal\Local Settings\Temporary Internet Files\OLK10\Application for Admission of Attorney Pro Hac Vice.doc

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 2 -

APPLICATION OF BETH HIRSCH BERMAN FOR
ADMISSION ATTORNEY PRO HAC VICE

CASE NO. CV-08-0793 PJH

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016201
Cashier ID: bucklem
Transaction Date: 02/26/2008
Payer Name: freewheelin atty service
-----------------------------------
PRO HAC VICE
 For: beth hirsch
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
-----------------------------------
CHECK
 Check/Money Order Num: 4867
 Amt Tendered: $210.00
-----------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

c08-793pjh


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016287
Cashier ID: bucklem
Transaction Date: 02/26/2008
Payer Name: freewheelin atty service
------------------------------------
PRO HAC VICE
 For: beth hirsch
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
------------------------------------
CHECK
 Check/Money Order Num: 4870
 Amt Tendered: $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

c08-793pjh


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```