1  MAUREEN E. MCCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  ROSSANA S. ELTANAL (State Bar No. 221145)
   Email: eltanal@kmm.com
3  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
4  San Francisco, California 94104
   Telephone:  (415) 421-3111
5  Facsimile:   (415) 421-0938

6  Attorneys for Defendant
   DOLLAR TREE STORES, INC.
7

~~ORIGINAL~~
FILED

FEB 2 5 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | Trudy Oglesby, individually and on behalf of all others similarly situated, | CASE NO. CV-08-0793 PJH
12 |                       | **PROOF OF SERVICE**
13 | Plaintiffs,           |
14 | v.                    |
15 | Dollar Tree Stores, Inc., Incorporated in the State of Virginia, and Does One through Twenty-Five, |
16 |                       |
17 | Defendant.            |

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

PROOF OF SERVICE                                   CASE NO. CV-08-0793 PJH

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Post Street, Suite 2600, San Francisco, California 94104. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On **February 25, 2008**, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

APPLICATION OF BETH HIRSCH BERMAN FOR ADMISSION *PRO HAC VICE*

[PROPOSED] ORDER GRANTING APPLICATION OF BETH HIRSCH BERMAN FOR ADMISSION *PRO HAC VICE*

in a sealed envelope, postage fully paid, addressed as follows:

Jose R. Mata, Esq.
Bailey Pinney, PC
1498 SE Tech Center Place
Suite 290
Vancouver, WA  98683

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **February 25, 2008**, at San Francisco, California.

_____
Janice M. Tasista

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE (415) 421-3111

APPLICAITON OF BETH HIRSCH BERMAN FOR
ADMISSION PRO HAC VICE