UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trudy Oglesby, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Dollar Tree Stores, Inc., Incorporated in the State of Virginia, and Does One through Twenty-Five,<br><br>Defendant. | CASE NO. CV-08-0793 PJH<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF BETH HIRSCH BERMAN FOR ADMISSION *PRO HAC VICE* |

Beth Hirsch Berman, an active member in good standing of the bar of Virginia, whose business address and telephone number is Williams Mullen, Dominion Tower, Suite 1700, Waterside Drive, Norfolk, VA 23510, Telephone: (757) 629-0604, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All further filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

DATED: February 27, 2008        By: _____
                                PHYLLIS J. [HAMILTON]
                                United States District Judge

4810-9724-1346.1

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[PROPOSED] ORDER GRANTING APPLICATION OF BETH
HIRSCH BERMAN'S ADMISSION *PRO HAC VICE*        CASE NO. CV-08-0793 PJH