MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
ROSSANA S. ELTANAL (State Bar No. 221145)
Email: eltanal@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:  (415) 421-3111
Facsimile:   (415) 421-0938

Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trudy Oglesby, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Dollar Tree Stores, Inc., Incorporated in the State of Virginia, and Does One through Twenty-Five,<br><br>　　　　　　Defendant. | CASE NO. CV-08-0793 PJH<br><br>**REVISED STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

REVISED STIPULATION TO EXTEND TIME FOR DEFENDANT TO
FILE RESPONSE TO PLAINTIFF'S COMPLAINT

CASE NO. CV-08-0793 PJH

1  Pursuant to Local Rule 6-1(a), counsel for plaintiff Trudy Oglesby, who
2  appears individually and on behalf of all others similarly situated, and counsel for
3  defendant Dollar Tree Stores, Inc. hereby enter into a Revised Stipulation extending the
4  time within which Dollar Tree must file its response to Plaintiff's Complaint, up to and
5  including April 17, 2008. The parties agree that the extension will not alter the date of
6  any event or any deadline fixed by Court order and serves purposes of judicial economy
7  in allowing time for the parties to continue to meet and confer on issues that would
8  otherwise be raised in a motion to dismiss.

10 DATED: March 25, 2008    KAUFF MCCLAIN & MCGUIRE LLP

12 By: _____
   ALEX HERNAEZ

14 Attorneys for Defendant
   DOLLAR TREE STORES, INC.

16 DATED: March 24, 2008    BAILEY PINNEY, PC

18 By: _____
   JOSE R. MATA

20 Attorneys for Plaintiff
   TRUDY OGLESBY

22 4822-1326-0290.1

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 2 -

REVISED STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT    CASE NO. CV-08-0793 PJH