UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Trudy Oglesby, individually and on
behalf of all others similarly situated,

        Plaintiff(s),

v.

Dollar Tree Stores, Inc., Incorporated
in the State of Virginia, and Does One
through Twenty-Five,

        Defendant(s).

Case No. CV 08-0793 PJH

**JOINT ADR CERTIFICATION BY PARTIES AND COUNSEL**

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: April 22, 2008

*[signature]*
DEFENDANT DOLLAR TREE STORES, INC.
JAMES A. GORRY III, ESQ.

Dated: April 20, 2008

*[signature]*
ATTORNEY FOR DEFENDANT
ALEX HERNAEZ, ESQ.

Dated April , 2008

_____
PLAINTIFF
TRUDY OGLESBY

Dated: April , 2008

_____
ATTORNEY FOR PLAINTIFF
JOSE R. MATA, ESQ.

4811.4934.3746

Rev. 12/05
4846-4006-4002.1

American LegalNet, Inc.
www.USCourtForms.com