UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRUDY OGLESBY,

    Plaintiff,

v.

DOLLAR TREE STORES, INC.,

    Defendant.

Case No. ▮▮▮▮▮

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they have not yet reached an agreement to an ADR process.

Date of Case Management Conference 

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | Email Address |
|---|---|---|---|
| Alex Hernaez | Defendant | 415.421.3111 | hernaez@kmm.com |
| Beth Hirsch Berman | Defendant | 757.629.0604 | bberman@williamsmullen.com |
| Jose R. Mata | Plaintiff | 360.567.2551 | JMata@wagelawyer.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: April ___, 2008

JOSE R. MATA, Esq.
Attorney for Plaintiff,
TRUDY OGELSBY

Dated: April 24, 2008

ALEX HERNAEZ, Esq.
Attorney for Defendant,
DOLLAR TREE STORES, INC.

4837-8658-8930.1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUDY OGLESBY,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | Case No. CV 08-0793 PJH<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE** |

Counsel report that they have met and conferred regarding ADR and that they have not yet reached an agreement to an ADR process.

Date of Case Management Conference May 15, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | Email Address |
|---|---|---|---|
| Alex Hernaez | Defendant | 415.421.3111 | hernaez@kmm.com |
| Beth Hirsch Berman | Defendant | 757.629.0604 | bberman@williamsmullen.com |
| Jose R. Mata | Plaintiff | 360.567.2551 | JMata@wagelawyer.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: April ___, 2008

                                                            JOSE R. MATA, Esq.
                                                            Attorney for Plaintiff,
                                                            TRUDY OGELSBY

Dated: April 24, 2008

                                                            ALEX HERNAEZ, Esq.
                                                           Attorney for Defendant,
                                                           DOLLAR TREE STORES, INC.