UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Trudy Oglesby, individually and on
behalf of all others similarly situated,

        Plaintiff(s),

Case No. CV 08-0793 PJH

**JOINT ADR CERTIFICATION BY PARTIES AND COUNSEL**

v.

Dollar Tree Stores, Inc., Incorporated
in the State of Virginia, and Does One
through Twenty-Five,

        Defendant(s).

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: April 22, 2008

*[signature]*
DEFENDANT DOLLAR TREE STORES, INC.
JAMES A. GORRY III, ESQ.

Dated: April 20, 2008

*[signature]*
ATTORNEY FOR DEFENDANT
ALEX HERNAEZ, ESQ.

Dated April , 2008

PLAINTIFF
TRUDY OGLESBY

Dated: April 25, 2008

*[signature]*
ATTORNEY FOR PLAINTIFF
JOSE R. MATA, ESQ.

4811.4934.3746

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Trudy Oglesby

                                Plaintiff(s),

    v.

Dollar Tree Stores, Inc.

                                Defendant(s).
_____/

Case No. 08-0793 PJH

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 4-23-08

Dated: April 25, 2008

_____
[Party]

_____
[Counsel]