1  MAUREEN E. MCCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  ALEX HERNAEZ (State Bar No. 201441)
   Email: hernaez@kmm.com
3  ROSSANA S. ELTANAL (State Bar No. 221145)
   Email: eltanal@kmm.com
4  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
5  San Francisco, California 94104
   Telephone:  (415) 421-3111
6  Facsimile:   (415) 421-0938

7  Attorneys for Defendant
   DOLLAR TREE STORES, INC.
8
   BETH HIRSCH BERMAN (State Bar No. 28091)
9  Email: bberman@williamsmullen.com
   WILLIAMS MULLEN
10 999 Waterside Drive, Suite 1700
   Norfolk, Virginia 23510
11 Telephone:  (757) 629-0604
   Facsimile:   (757) 629-0660
12
   *Pro Hac Vice* Attorney for Defendant
13 DOLLAR TREE STORES, INC.

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16

17

| | |
|---|---|
| Trudy Oglesby, individually and on behalf of all others similarly situated, | CASE NO. CV-08-0793 PJH |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | FIRST AMENDED COMPLAINT FILED: April 15, 2008 |
| Dollar Tree Stores, Inc., Incorporated in the State of Virginia, and Does One through Twenty-Five, | TRIAL DATE: No date set. |
| Defendant. | |

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS        CASE NO. CV-08-0793 PJH

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party the proceeding, or (ii) a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Dollar Tree, Inc., a publicly held company.

DATED: April 29, 2008

Respectfully submitted,

KAUFF MCCLAIN & MCGUIRE LLP

By: _____/S/_____
　　　　ALEX HERNAEZ

Attorneys for Defendant
DOLLAR TREE STORES, INC.

4852-0623-0018.1

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-1-

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS    CASE NO. CV-08-0793 PJH