UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**Date:** May 15, 2008                                **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-793 PJH

**Case Name:** Trudy Oglesy v. Dollar Tree Stores, Inc.

**Attorney(s) for Plaintiff:**        Jose Mata
**Attorney(s) for Defendant:**        Alexander Hernaez

**Deputy Clerk**: Nichole Heuerman        **Court Reporter**: Not Reported

PROCEEDINGS

    Initial Case Management Conference-Held.  Plaintiff counsel informs the court that the class action allegations are going to be dismissed.  The dismissal of the class action allegations shall be filed by May 22, 2008.  The parties request to continue the case 45 days to give them an opportunity to settle the matter on their own is granted by the court.  The court sets a Further Case Management Conference on July 10, 2008 at 2:30 p.m.  The case management conference will be vacated upon the filing of a stipulated dismissal.

**Order to be prepared by:**   [] Pl [] Def [] Court

**Notes:**

**cc:** file