```
 1  MAUREEN E. MCCLAIN (State Bar No. 062050)
    Email: mcclain@kmm.com
 2  ALEX HERNAEZ (State Bar No. 201441)
    Email: hernaez@kmm.com
 3  ROSSANA S. ELTANAL (State Bar No. 221145)
    Email: eltanal@kmm.com
 4  KAUFF MCCLAIN & MCGUIRE LLP
    One Post Street, Suite 2600
 5  San Francisco, California  94104
    Telephone:   (415) 421-3111
 6  Facsimile:   (415) 421-0938

 7  Attorneys for Defendant
    DOLLAR TREE STORES, INC.
 8
    BETH HIRSCH BERMAN (State Bar No. 28091)
 9  Email: bberman@williamsmullen.com
    WILLIAMS MULLEN
10  999 Waterside Drive, Suite 1700
    Norfolk, Virginia  23510
11  Telephone:   (757) 629-0604
    Facsimile:   (757) 629-0660
12
    Pro Hac Vice Attorney for Defendant
13  DOLLAR TREE STORES, INC.

14  JOSE R. MATA (State Bar Nos. 83724, 80305)
    Email: JMata@wagelawyer.com
15  BAILEY PINNEY, PC
    1498 SE Tech Center Place, Suite 290
16  Vancouver, WA  98683
    Telephone:   (360) 567-2551
17  Facsimile:   (360) 567-3331

18  Attorneys for Plaintiff
    TRUDY OBLESBY
19
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trudy Oglesby, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Dollar Tree Stores, Inc., Incorporated in the State of Virginia, and Does One through Twenty-Five,<br><br>Defendant. | CASE NO.  CV-08-0793 PJH<br><br>**JOINT STIPULATION OF DISMISSAL OF CLASS ACTION ALLEGATIONS WITHOUT PREJUDICE**<br><br>**FIRST AMENDED**<br>**COMPLAINT FILED:**  April 15, 2008<br>**TRIAL DATE:**  No date set. |

1    IT IS HEREBY STIPULATED by and between the parties to this action
2 through their designated counsel that all class action allegations in the above-captioned
3 action be and hereby are dismissed without prejudice pursuant to Fed. R. Civ. Proc.
4 Rule 41(a)(1). All individual allegations on behalf of Plaintiff, Trudy Oglesby, remain as
5 set forth in the current operative First Amended Complaint.
6    The parties shall bear their own costs and attorney fees relative to the
7 dismissed class allegations.  Neither party shall file a cost or fee petition based on this
8 dismissal.

10 DATED: May 20, 2008                KAUFF MCCLAIN & MCGUIRE LLP

12                                   By: _____
                                         ROSSANA S. ELTANAL

15                                   Attorneys for Defendant
                                     DOLLAR TREE STORES, INC.

17 DATED: May 20, 2008                BAILEY PINNEY, PC

19                                   By: _____
                                         JOSE MATA

22                                   Attorneys for Plaintiff
                                     TRUDY OBLESBY

26 4823-0095-8466.1

-1-

JOINT STIPULATION OF DISMISSAL OF CLASS ACTION
ALLEGATIONS WITHOUT PREJUDICE                                    CASE NO. CV-08-0793 PJH