1  JOSE R. MATA, SBN 83724, OSB 80305
   E-Mail: JMata@wagelawyer.com
2  **BAILEY PINNEY, PC**
   1498 SE Tech Center Place, Suite 290
3  Vancouver, WA 98683
   Telephone: (360)567-2551; Fax: (360)567-3331
4
   BONNIE MAC FARLANE, SBN 161526
5  E-Mail:  BMacfarlane@wagelawyer.com
   **BAILEY PINNEY, PC**
6  720 Howe Street, Suite 113
   Sacramento, CA 95825
7  Telephone: (916)923-5537; Fax: (916)923-5587

8  SUSAN SIMMONS SEEMILLER SBN 150546
   E-Mail: SSeemiller@wagelawyer.com
9  **BAILEY PINNEY, PC**
   840 County Square Drive
10 Ventura, CA 93003
   Telephone: (805) 339-9090; Fax:  (805) 339-0090
11
   Attorneys for Plaintiff Trudy Oglesby
12

13                **IN THE UNITED STATES DISTRICT COURT**

14                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15

16 **TRUDY OGLESBY**, individually and on         Case No. 08-0793 PJH
   behalf of all others similarly situated

17 vs.
                                                  **PLAINTIFF'S NOTICE RE:**
18 **DOLLAR TREE STORES, INC.**.                  **UNAVAILABILITY OF COUNSEL**
   Incorporated in the State of Virginia, and
19 Does One through Twenty-Five.

20

21

22    **TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

23    **PLEASE TAKE NOTICE** that from June 23, 2008 through and including June 25, 2008, and also

24 from July 28, 2008 through and including August 10, 2008, Jose R. Mata, counsel for Plaintiff Trudy

25 Oglesby, individually and on behalf of all others similarly situated, will be unavailable for all purposes.

26 These purposes include but are not limited to, receiving and responding to notices of any kind,

27 appearing in Court, responding to ex parte applications, attending depositions or otherwise

28

1 | communicating with the Court and opposing counsel.

3 | Dated: June 9, 2008          BAILEY PINNEY, PC

By   /s/
     Jose R. Mata
     Attorneys for Plaintiff