```
JOSE R. MATA, SBN 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
BAILEY PINNEY, PC
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360)567-2551; Fax: (360)567-3331

BONNIE MAC FARLANE, SBN 161526
E-Mail:  BMacfarlane@wagelawyer.com
BAILEY PINNEY, PC
720 Howe Street, Suite 113
Sacramento, CA 95825
Telephone: (916)923-5537; Fax: (916)923-5587

SUSAN SIMMONS SEEMILLER SBN 150546
E-Mail: SSeemiller@wagelawyer.com
BAILEY PINNEY, PC
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090; Fax:  (805) 339-0090


Attorneys for Plaintiff Trudy Oglesby
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRUDY OGLESBY**, individually and on behalf of all others similarly situated<br><br>vs.<br><br>**DOLLAR TREE STORES, INC.**.<br>Incorporated in the State of Virginia, and Does One through Twenty-Five. | Case No. 08-0793 PJH<br><br><br>**PLAINTIFF'S NOTICE RE:<br>UNAVAILABILITY OF COUNSEL** |

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that from June 16, 2008 through and including June 18, 2008, and also from August 1, 2008 through and including August 15, 2008, Susan Simmons Seemiller, counsel for Plaintiff Trudy Oglesby, individually and on behalf of all others similarly situated, will be unavailable for all purposes. These purposes include but are not limited to, receiving and responding to notices of

1  any kind, appearing in Court, responding to ex parte applications, attending depositions or otherwise
2  communicating with the Court and opposing counsel.

Dated: June 9, 2008                    BAILEY PINNEY, PC

                                       By    /s/
                                          Susan Simmons Seemiller
                                          Attorneys for Plaintiff