MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Defendant
DOLLAR TREE STORES, INC.

BETH HIRSCH BERMAN (State Bar No. 28091)
Email: bberman@williamsmullen.com
WILLIAMS MULLEN
999 Waterside Drive, Suite 1700
Norfolk, Virginia 23510
Telephone: (757) 629-0604
Facsimile: (757) 629-0660

*Pro Hac Vice* Attorney for Defendant
DOLLAR TREE STORES, INC.

JOSE R. MATA (State Bar Nos. 83724, 80305)
Email: JMata@wagelawyer.com
BAILEY PINNEY, PC
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360) 567-2551
Facsimile: (360) 567-3331

Attorneys for Plaintiff
TRUDY OBLESBY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trudy Oglesby, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Dollar Tree Stores, Inc., Incorporated in the State of Virginia, and Does One through Twenty-Five,<br><br>Defendant. | CASE NO. CV-08-0793 PJH<br><br>**STIPULATED MOTION TO POSTPONE JULY 10, 2008 CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>DATE:  July 10, 2008<br><br>TIME:  2:30 p.m.<br>COURTROOM: 3, 17th Flr.<br>JUDGE:  Hon. Phyllis J. Hamilton<br><br>**FIRST AMENDED COMPLAINT FILED:** April 15, 2008<br>**TRIAL DATE:** No date set. |

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATED MOTION TO POSTPONE CMC AND [PROPOSED] ORDER                    CASE NO. CV-08-0793 PJH

The parties recite as follows:

1. At the previous case management conference on May 15, 2008, the Plaintiff stated that she would be dismissing the class allegations. The parties agreed that they would enter into settlement negotiations outside of the Court's alternative dispute resolution process. The Court scheduled a case management conference for July 10, 2008, to allow time for dismissal of the class allegations and for the parties to conduct settlement discussions.

2. On May 21, 2008, the parties filed a Joint Stipulation of Dismissal of Class Action Allegations without Prejudice (Document 21). On May 22, 2008, the Court issued an Order (Document 22) directing the parties to submit a new stipulation addressing the factors identified in *Diaz v. Trust Territory of the Pacific Islands*, 876 F.2d 1401 (9th Cir., 1989) and explain why these factors do not weigh in favor of giving notice to the putative class in this case. On June 3, 2008, the parties submitted a new Stipulated Motion and Order for Dismissal of the Class Allegations without Prejudice and without notice to the Putative Class (Document 23). On June 5, 2008, the Court signed the Stipulated Order (Document 24) dismissing the class allegations without prejudice and without notice to the putative class.

3. Regarding settlement, the parties have engaged in informal discovery for purposes of settlement. Plaintiff requested her personnel file and related documents for review for purposes of preparing a settlement demand. Plaintiff's counsel has been reviewing these documents and requesting additional documents from Defendant to aid in settlement discussions. The settlement process is on-going. The parties are diligently working towards a settlement. The parties believe that a settlement of this case is still possible, but it is highly unlikely to occur before the case management conference on July 10, 2008. The parties believe that they need an additional four weeks to complete the settlement process, including continuing informal discovery.

4. Meanwhile, lead Plaintiff's counsel Jose Mata is going to be unavailable between July 25, 2008 and August 10, 2008.

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 1 -
JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER                CASE NO. CV-08-0793 PJH

1  5.   The parties therefore request that the case management conference be
2  rescheduled for August 14, 2008.
3       THERFORE, IT IS HEREBY STIPULATED by and between the parties to this
4  action through their designated counsel that the case management conference
5  scheduled for 2:30 p.m. on July 10, 2008 be rescheduled for 2:30 p.m. on August 14,
6  2008.

DATED: July 1, 2008               KAUFF MCCLAIN & MCGUIRE LLP

                                  By: /s/ McG
                                      MAUREEN E. MCCLAIN

                                  Attorneys for Defendant
                                  DOLLAR TREE STORES, INC.


DATED: July 1, 2008               BAILEY PINNEY, PC

                                  By: /S/
                                      JOSE R. MATA

                                  Attorneys for Plaintiff
                                  TRUDY OBLESBY

- 2 -
JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER
CASE NO. CV-08-0793 PJH

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

1  **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the case management
2  conference scheduled for 2:30 p.m. on July 10, 2008 is hereby postponed until August
3  14, 2008 at 2:30 p.m.

5  DATED: 7/2/08 _____

HON. PHYLLIS J. HAMILTON
United States District Judge



8  4827-6227-5330.1

- 3 -

JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER

CASE NO. CV-08-0793 PJH

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111