| | |
|---|---|
| 1 | MAUREEN E. MCCLAIN (State Bar No. 062050)<br>Email: mcclain@kmm.com |
| 2 | KAUFF MCCLAIN & MCGUIRE LLP<br>One Post Street, Suite 2600 |
| 3 | San Francisco, California  94104<br>Telephone:    (415) 421-3111 |
| 4 | Facsimile:    (415) 421-0938 |
| 5 | Attorneys for Defendant<br>DOLLAR TREE STORES, INC. |
| 6 | |
| 7 | BETH HIRSCH BERMAN (State Bar No. 28091)<br>Email: bberman@williamsmullen.com<br>WILLIAMS MULLEN |
| 8 | 999 Waterside Drive, Suite 1700<br>Norfolk, Virginia  23510 |
| 9 | Telephone:    (757) 629-0604<br>Facsimile:    (757) 629-0660 |
| 10 | |
| 11 | *Pro Hac Vice* Attorney for Defendant<br>DOLLAR TREE STORES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trudy Oglesby, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>Dollar Tree Stores, Inc., Incorporated in the State of Virginia, and Does One through Twenty-Five,<br><br>                    Defendant. | CASE NO.  CV-08-0793 PJH<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>**FIRST AMENDED**<br>**COMPLAINT FILED:** April 15, 2008<br>**TRIAL DATE:** No date set. |

1  This notice is to inform the Court that Alex Hernaez is no longer associated
2  with Kauff, McClain & McGuire LLP, counsel for Defendant Dollar Tree Stores, Inc. His
3  name therefore should be taken off the service list in the above-referenced case.

4
5  DATED: July 2, 2008          Respectfully submitted,

   KAUFF MCCLAIN & MCGUIRE LLP
6
7
8  By:        /S/
              MAUREEN E. MCCLAIN
9  Attorneys for Defendant
10 DOLLAR TREE STORES, INC.

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-

NOTICE OF CHANGE IN COUNSEL                CASE NO. CV-08-0793 PJH