1  MAUREEN E. MCCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  ROSSANA S. ELTANAL (State Bar No. 221145)
   Email: eltanal@kmm.com
3  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
4  San Francisco, California 94104
   Telephone:   (415) 421-3111
5  Facsimile:    (415) 421-0938

6  Attorneys for Defendant
   DOLLAR TREE STORES, INC.
7
8  BETH HIRSCH BERMAN (VA State Bar No. 28091)
   Email: bberman@williamsmullen.com
   WILLIAMS MULLEN
9  999 Waterside Drive, Suite 1700
   Norfolk, Virginia 23510
10 Telephone:   (757) 629-0604
   Facsimile:    (757) 629-0660
11
   *Pro Hac Vice* Attorneys for Defendant
12 DOLLAR TREE STORES, INC.

13 BONNIE MAC FARLANE (State Bar No. 161526)
   Email: bmacfarlane@wagelawyer.com
14 BAILEY PINNEY, PC
   720 Howe St. Suite 113
15 Sacramento, CA 95825
   Telephone:   (916) 923-5537
16 Facsimile:    (916) 923-5587

17 Attorneys for Plaintiff
   TRUDY OGLESBY
18

19              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
20

| | |
|---|---|
| Trudy Oglesby, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Dollar Tree Stores, Inc., Incorporated in the State of Virginia, and Does One through Twenty-Five,<br><br>Defendant. | CASE NO. CV-08-0793 PJH<br><br>**STIPULATED MOTION TO POSTPONE AUGUST 14, 2008 CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>**DATE:**     August 14, 2008<br><br>**TIME:**      2:30 p.m.<br>**COURTROOM:**  3, 17th Flr.<br>**JUDGE:**     Hon. Phyllis J. Hamilton |

21
22
23
24
25
26
27
28

4838-0476-5954.1

STIPULATED MOTION TO POSTPONE AUGUST 14, 2008 CASE
MANAGEMENT CONFERENCE AND [PROPOSED] ORDER                    *CASE NO. CV-08-0793 PJH*

The parties recite as follows:

1.    At the previous case management conference on May 15, 2008, the parties agreed that they would enter into settlement negotiations outside of the Court's alternative dispute resolution process.  The Court scheduled a case management conference for July 10, 2008. The Court granted the parties stipulation that the July 10, 2008 case management conference be continued to August 14, 2008.

2.    The parties have engaged in informal negotiations towards settlement. However, the matter has not yet been resolved.

3.    Plaintiff's lead counsel, Jose Mata, is unavailable until August 10, 2008. Therefore, Plaintiff has requested that the Defendant agree to a continuance until Mr. Mata returns, so that he can fully participate in the joint case management statement to be filed with the Court.

4.    In entering this stipulation, the parties agree that they have not waived their rights to argue any motions, claims, defenses, or any other pertinent legal issue.

5.    The parties therefore request that the case management conference be rescheduled for August 21, 2008, and that the case management statement be filed no later than August 14, 2008.

THERFORE, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the case management conference scheduled for 2:30 p.m. on August 14, 2008 be rescheduled for 2:30 p.m. on August 21, 2008.

- 2 -

1    DATED:        August 7, 2008          Respectfully submitted,

2                                          KAUFF MCCLAIN & MCGUIRE LLP

3                                          By:

4                                              ROSSANA S. ELTANAL

5                                          Attorneys for Defendant
                                           DOLLAR TREE STORES, INC.

6    DATED:        August 7, 2008          BAILEY PINNEY, PC

7                                          By:

8                                              BONNIE MAC FARLANE

9                                          Attorneys for Plaintiff
                                           TRUDY OGLESBY

10

11

12

13   **PURSUAL TO STIPULATION, IT IS HEREBY ORDERED** that the case management

     conference scheduled for 2:30 p.m. on August 14, 2008 is hereby postponed until

14   August 21, 2008 at 2:30 p.m.

15

16

17   DATED:    _____

18                                         HON. PHYLLIS J. HAMILTON
                                           United States District Court Judge

19

20

21

22

23

24

25

26

27

28

- 3 -