1  MAUREEN E. MCCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  ROSSANA S. ELTANAL (State Bar No. 221145)
   Email: eltanal@kmm.com
3  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
4  San Francisco, California 94104
   Telephone:  (415) 421-3111
5  Facsimile:   (415) 421-0938
   Attorneys for Defendant
6  DOLLAR TREE STORES, INC.

7  BETH HIRSCH BERMAN (VA State Bar No. 28091)
   Email: bberman@williamsmullen.com
8  WILLIAMS MULLEN
   999 Waterside Drive, Suite 1700
9  Norfolk, Virginia 23510
   Telephone:  (757) 629-0604
10 Facsimile:   (757) 629-0660
   *Pro Hac Vice* Attorneys for Defendant
11 DOLLAR TREE STORES, INC.

12 BONNIE MAC FARLANE (State Bar No. 161526)
   Email: bmacfarlane@wagelawyer.com
13 BAILEY PINNEY, PC
   720 Howe St. Suite 113
14 Sacramento, CA 95825
   Telephone:  (916) 923-5537
15 Facsimile:   (916) 923-5587
   Attorneys for Plaintiff
16 TRUDY OGLESBY

17
18                    UNITED STATES DISTRICT COURT
19                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 20  Trudy Oglesby, individually and on behalf of all others similarly situated,<br>21<br>22               Plaintiff,<br>23  v.<br>24  Dollar Tree Stores, Inc., Incorporated in the State of Virginia, and Does One through Twenty-Five,<br>25<br>26               Defendant. | CASE NO.  CV-08-0793 PJH<br><br>**Stipulated Motion To Remove The August 28, 2008 Case Management Conference From The Calendar And Proposed Order**<br><br>DATE:           August 28, 2008<br>TIME:           2:30 p.m.<br>COURTROOM:  3, 17th Flr.<br>JUDGE:         Hon. Phyllis J. Hamilton |

27
28

The parties recite as follows:

1. At the previous case management conference on May 15, 2008, the parties agreed that they would enter into settlement negotiations outside of the Court's alternative dispute resolution process. The Court has granted the parties two stipulations to continue the previous scheduled case management conferences.

2. On August 11, 2008, the Defendant served a Rule 68 offer on the Plaintiff.

3. The Plaintiff has accepted Defendant's Rule 68 offer. Once the Rule 68 offer is signed by the Plaintiff and Plaintiff's counsel, it will be filed with the Court.

4. The parties therefore request that the case management conference that is scheduled for August 28, 2008 be taken off calendar.

THERFORE, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the case management conference scheduled for 2:30 p.m. on August 28, 2008 be removed from calendar.

DATED:    August 19, 2008          Respectfully submitted,

                                   KAUFF MCCLAIN & MCGUIRE LLP


                                   By:        /s/
                                           MAUREEN E.MCCLAIN

                                   Attorneys for Defendant
                                   DOLLAR TREE STORES, INC.

DATED:    August 19, 2008          BAILEY PINNEY, PC


                                   By:        /s/
                                           BONNIE MAC FARLANE

                                   Attorneys for Plaintiff
                                   TRUDY OGLESBY

- 2 -

1  **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the case
2  management conference scheduled for 2:30 p.m. on August 28, 2008 is hereby
3  cancelled.

DATED: _____    _____
HON. PHYLLIS J. HAMILTON
United States District Court Judge

- 3 -