1  MAUREEN E. MCCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  ROSSANA S. ELTANAL (State Bar No. 221145)
   Email: eltanal@kmm.com
3  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
4  San Francisco, California  94104
   Telephone:    (415) 421-3111
5  Facsimile:    (415) 421-0938
   Attorneys for Defendant
6  DOLLAR TREE STORES, INC.

7  BETH HIRSCH BERMAN (VA State Bar No. 28091)
   Email: bberman@williamsmullen.com
8  WILLIAMS MULLEN
   999 Waterside Drive, Suite 1700
9  Norfolk, Virginia  23510
   Telephone:    (757) 629-0604
10 Facsimile:    (757) 629-0660
   *Pro Hac Vice* Attorneys for Defendant
11 DOLLAR TREE STORES, INC.

12 BONNIE MAC FARLANE (State Bar No. 161526)
   Email: bmacfarlane@wagelawyer.com
13 BAILEY PINNEY, PC
   720 Howe St. Suite 113
14 Sacramento, CA 95825
   Telephone:    (916) 923-5537
15 Facsimile:    (916) 923-5587
   Attorneys for Plaintiff
16 TRUDY OGLESBY

17

18                         UNITED STATES DISTRICT COURT

19                        NORTHERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| Trudy Oglesby, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Dollar Tree Stores, Inc., Incorporated in the State of Virginia, and Does One through Twenty-Five,<br><br>Defendant. | CASE NO.  CV-08-0793 PJH<br><br>**Stipulated Motion To ~~Remove~~ Continue The August 28, 2008 Case Management Conference ~~From The Calendar~~ And ~~Proposed~~ Order**<br><br>**DATE:**           August 28, 2008<br>**TIME:**            2:30 p.m.<br>**COURTROOM:** 3, 17th Flr.<br>**JUDGE:**          Hon. Phyllis J. Hamilton |

27

28

The parties recite as follows:

1. At the previous case management conference on May 15, 2008, the parties agreed that they would enter into settlement negotiations outside of the Court's alternative dispute resolution process. The Court has granted the parties two stipulations to continue the previous scheduled case management conferences.

2. On August 11, 2008, the Defendant served a Rule 68 offer on the Plaintiff.

3. The Plaintiff has accepted Defendant's Rule 68 offer. Once the Rule 68 offer is signed by the Plaintiff and Plaintiff's counsel, it will be filed with the Court.

4. The parties therefore request that the case management conference that is scheduled for August 28, 2008 be taken off calendar.

THERFORE, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the case management conference scheduled for 2:30 p.m. on August 28, 2008 be removed from calendar.

DATED:   August 19, 2008          Respectfully submitted,

                                  KAUFF MCCLAIN & MCGUIRE LLP


                                  By:        /s/
                                        MAUREEN E.MCCLAIN

                                  Attorneys for Defendant
                                  DOLLAR TREE STORES, INC.

DATED:   August 19, 2008          BAILEY PINNEY, PC


                                  By:        /s/
                                        BONNIE MAC FARLANE

                                  Attorneys for Plaintiff
                                  TRUDY OGLESBY

- 2 -

1  **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the case
2  management conference scheduled for 2:30 p.m. on August 28, 2008 is h~~ereby~~
3  ~~cancelled.~~   continued to September 11, 2008.
4
5  DATED: __8/22/08_____   _____
6                                  HON. PHYLLIS J. HAMILTON
                                   United States District Judge



- 3 -

STIPULATED MOTION TO REMOVE THE AUGUST 28, 2008 CASE MANAGEMENT
CONFERENCE FROM THE CALENDAR AND PROPOSED ORDER            CASE NO. CV-08-0793 PJH