MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ROSSANA S. ELTANAL (State Bar No. 221145)
Email: eltanal@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:   (415) 421-3111
Facsimile:    (415) 421-0938

Attorneys for Defendant
DOLLAR TREE STORES, INC.

BETH HIRSCH BERMAN (State Bar No. 28091)
Email: bberman@williamsmullen.com
WILLIAMS MULLEN
999 Waterside Drive, Suite 1700
Norfolk, Virginia 23510
Telephone:   (757) 629-0604
Facsimile:    (757) 629-0660

*Pro Hac Vice* Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trudy Oglesby, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>Dollar Tree Stores, Inc., Incorporated in the State of Virginia, and Does One through Twenty-Five,<br><br>                    Defendant. | CASE NO.  CV-08-0793 PJH<br><br>**CIV. R. 68 OFFER OF JUDGMENT**<br><br>**FIRST AMENDED<br>COMPLAINT FILED:**  April 15, 2008<br>**TRIAL DATE:**           No date set. |

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

CIV. R. 68 OFFER OF JUDGMENT                                                              CASE NO. CV-08-0793 PJH

Defendant Dollar Tree Stores, Inc. offers to allow entry of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows:

Defendant offers to pay the sum of $9500 (Nine Thousand Five Hundred Dollars) to Plaintiff and to her counsel, the law firm of Bailey Pinney, PC, to fully resolve the captioned case, which sum includes any liability for costs of suit and attorneys' fees. This sum is offered to resolve the remaining claims in this case in light of the following facts. (1) Defendant has paid the sum of $3520.24 to Plaintiff, through her counsel, to resolve all of Plaintiff's wage claims, including claims for penalties and interest. While Defendant believes that only a small portion of that amount was owed (about $254 which reflected an amount of PTO which was inadvertently not paid to Plaintiff at termination), Defendant nonetheless and without an admission of liability, paid to Plaintiff the full amount she claimed in wages and related amounts, including penalties and interest, in a lump sum payment to resolve entirely Plaintiff's individual claims. (2) On June 5, 2008, by Stipulation of the Parties and Order of the Court, the class claims were dismissed from this case. The Stipulation and Order provides that both Parties are to bear their own attorneys' fees and costs incurred in conjunction with class claims. Only Oglesby's individual claim remains in this lawsuit, and that claim has been paid in full (and indeed in an amount more than Defendant concedes is owing).

The total amount here offered to resolve completely this lawsuit is the maximum sum that Defendant offers to resolve this matter, including any remaining claimed damages, costs and attorneys' fees. Defendant does not admit liability in making this Offer, but rather makes this Offer to avoid the further expense of litigation. Defendant also makes this offer without prejudice to its position that the federal court does not have jurisdiction over this case given the dismissal of the class allegations.

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 2 -

CIV. R. 68 OFFER OF JUDGMENT                                CASE NO. CV-08-0793 PJH

1  Given that this Offer includes a payment for attorneys' fees and costs,
2  Defendant makes the Offer conditional upon both Plaintiff and her counsel accepting the
3  Offer.

4  DATED:   August 11, 2008              KAUFF MCCLAIN & MCGUIRE LLP

                                          By: _____
                                              MAUREEN E. MCCLAIN

                                          Attorneys for Defendant
                                          DOLLAR TREE STORES, INC.

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

CIV. R. 68 OFFER OF JUDGMENT                    - 3 -                    CASE NO. CV-08-0793 PJH

## NOTICE OF ACCEPTANCE

Plaintiff Trudy Oglesby hereby accepts the above Civ. R. 68 Offer of Judgment.

Dated: Aug. 20, 2008

*Trudy Oglesby*
Trudy Oglesby

Plaintiff's counsel, the law firm of Bailey Pinney, PC, hereby accepts the above Civ. R. 68 Offer of Judgment.

Dated: Aug. 22, 2008

BAILEY PINNEY, PC
Attorneys for Plaintiff Trudy Oglesby

4833-5682-7650.1

- 4 -

CIV. R. 68 OFFER OF JUDGMENT                CASE NO. CV-08-0793 PJH

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111