1  MAUREEN E. MCCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  ROSSANA S. ELTANAL (State Bar No. 221145)
   Email: eltanal@kmm.com
3  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
4  San Francisco, California 94104
   Telephone:   (415) 421-3111
5  Facsimile:   (415) 421-0938

6  Attorneys for Defendant
   DOLLAR TREE STORES, INC.
7
   BONNIE MACFARLANE (State Bar No. 161526)
8  BAILEY PINNEY, PC
   720 Howe Avenue
9  Suite 113
   Sacramento, CA 95825
10 Telephone:   (916) 923-5537
   Facsimile:   (916) 923-5587
11
   Attorneys for Plaintiff
12 TRUDY OGLESBY

13                    UNITED STATES DISTRICT COURT
14                   NORTHERN DISTRICT OF CALIFORNIA
15

16
   Trudy Oglesby, individually and on behalf of        CASE NO. CV-08-0793 PJH
17 all others similarly situated,
                                                       **STIPULATION AND [PROPOSED]**
18                Plaintiff,                            **ORDER FOR DISMISSAL OF**
                                                       **CASE IN ITS ENTIRETY AND WITH**
19 v.                                                  **PREJUDICE (FRCP RULE**
                                                       **41(a)(1)(A)(ii))**
20 Dollar Tree Stores, Inc., Incorporated in the
   State of Virginia, and Does One through             **FIRST AMENDED**
21 Twenty-Five,                                        **COMPLAINT FILED:**      April 15, 2008
                                                       **TRIAL DATE:**           No date set.
22                Defendant.

23

24          **IT IS HEREBY STIPULATED** by and between the Plaintiff and Defendant,

25 through their designated counsel of record, that this case be dismissed in its entirety,

26 with prejudice, pursuant to FRCP 41(a)(1)(A)(ii).  Except at set forth in the Accepted

27 Rule 68 Offer of Judgment filed herein, each side is to bear its own costs and attorneys'

28 fees.

   4839-1631-2578.1

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CASE IN ITS ENTIRETY
AND WITH PREJUDICE (FRCP RULE 41(A)(1)(A)(II))          CASE NO. CV-08-0793 PJH

1

2   DATED:    August 25, 2008            KAUFF MCCLAIN & MCGUIRE LLP

3

4                                       By: _____
                                             MAUREEN E. MCCLAIN
5
                                        Attorneys for Defendant
6                                       DOLLAR TREE STORES, INC.

7   DATED:    August 26, 2008            BAILEY PINNEY, PC

8

9                                       By: _____
                                             BONNIE MACFARLANE, ESQ.
10
                                        Attorneys for Plaintiff
11                                      TRUDY OGLESBY

12

13  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

14

15  Dated: _____

16                                      THE HONORABLE PHYLISS J. HAMILTON

17

18

19

20

21

22

23

24

25

26

27

28

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 2 -
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CASE IN ITS ENTIRETY
AND WITH PREJUDICE (FRCP RULE 41(A)(1)(A)(II))              CASE NO. CV-08-0793 PJH