```
1   MAUREEN E. MCCLAIN (State Bar No. 062050)
    Email: mcclain@kmm.com
2   ROSSANA S. ELTANAL (State Bar No. 221145)
    Email: eltanal@kmm.com
3   KAUFF MCCLAIN & MCGUIRE LLP
    One Post Street, Suite 2600
4   San Francisco, California 94104
    Telephone:  (415) 421-3111
5   Facsimile:  (415) 421-0938

6   Attorneys for Defendant
    DOLLAR TREE STORES, INC.
7
    BONNIE MACFARLANE (State Bar No. 161526)
8   BAILEY PINNEY, PC
    720 Howe Avenue
9   Suite 113
    Sacramento, CA 95825
10  Telephone:  (916) 923-5537
    Facsimile:  (916) 923-5587
11
    Attorneys for Plaintiff
12  TRUDY OGLESBY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trudy Oglesby, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Dollar Tree Stores, Inc., Incorporated in the State of Virginia, and Does One through Twenty-Five,<br><br>Defendant. | CASE NO. CV-08-0793 PJH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL OF CASE IN ITS ENTIRETY AND WITH PREJUDICE (FRCP RULE 41(a)(1)(A)(ii))<br><br>FIRST AMENDED<br>COMPLAINT FILED: April 15, 2008<br>TRIAL DATE: No date set. |

**IT IS HEREBY STIPULATED** by and between the Plaintiff and Defendant, through their designated counsel of record, that this case be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii). Except at set forth in the Accepted Rule 68 Offer of Judgment filed herein, each side is to bear its own costs and attorneys' fees.

4839-1631-2578.1

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CASE IN ITS ENTIRETY
AND WITH PREJUDICE (FRCP RULE 41(A)(1)(A)(II))    CASE NO. CV-08-0793 PJH

| | | |
|---|---|---|
| 1 | DATED: August 25, 2008 | KAUFF MCCLAIN & MCGUIRE LLP |
| 2 | | |
| 3 | | By: /s/ Maureen E. McClain |
| 4 | | MAUREEN E. MCCLAIN |
| 5 | | Attorneys for Defendant |
| 6 | | DOLLAR TREE STORES, INC. |
| 7 | DATED: August 26, 2008 | BAILEY PINNEY, PC |
| 8 | | By: /s/ Bonnie Macfarlane |
| 9 | | BONNIE MACFARLANE, ESQ. |
| 10 | | Attorneys for Plaintiff |
| 11 | | TRUDY OGLESBY |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/28/08

THE HONORABLE PHYLLIS J. HAMILTON

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 2 -

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CASE IN ITS ENTIRETY
AND WITH PREJUDICE (FRCP RULE 41(A)(1)(A)(II))    CASE NO. CV-08-0793 PJH